

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00037-CV

**IN THE INTEREST OF N.A.S., JR.**, B.R.S., and R.C.S., Children

From the 198th Judicial District Court, Bandera County, Texas
Trial Court No. CV-14-0000351
Honorable M. Rex Emerson, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ANGELINI, AND JUSTICE BARNARD

In accordance with this court's opinion of this date, appellant's motion to dismiss appeal is GRANTED, and this appeal is DISMISSED. Costs of the appeal are taxed against appellant.

SIGNED March 21, 2018.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice